**Thomas Eugene LANGSTON,
Petitioner–Appellant,**

v.

**D.A. BRAXTON, Warden, Red Onion
State Prison, Respondent–
Appellee.**

No. 03–6674.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 26, 2003.

Decided Oct. 17, 2003.

Thomas Eugene Langston, Appellant
Pro Se.

Before WILLIAMS, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Thomas E. Langston seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2000) motion. Langston
cannot appeal this order unless a circuit
judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). An appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Langston has not made the requisite showing. Accordingly, we deny Langston's motion for a certificate of appealability and dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* In his informal brief to this court, Langston requests authorization to file a second petition for habeas corpus under 28 U.S.C. § 2244(b). Having construed this informal brief as a motion for authorization, *see United States v. Winestock,* 340 F.3d 200, 208 (4th Cir.2003), we conclude that, under the strictures of that statute, Langston is not entitled to such authorization.